IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEHINDE A. SABA-BAKARE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-04-4588 |
| | § | |
| TOM RIDGE, Secretary of | § | |
| Department of Homeland Security, | § | |
| and HIPOLITO ACOSTA, District | § | |
| Director U.S. Citizenship and | § | |
| Immigration Services, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

As the Court has remanded the denial of the application for naturalization to the United States Citizenship and Immigration Services and dismissed the remainder of Saba-Bakare's complaint, the Court hereby

ORDERS that Petitioner's application for naturalization is REMANDED. The remainder of Petitioner's complaint is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 16th day of June, 2006.

_____

DAVID HITTNER

United States District Judge